# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2024

## NO. 03-22-00464-CV

**Daniel James Caldwell, Appellant**

**v.**

**The State of Texas for the Protection of Jennifer Zimmerman, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on July 15, 2022. We dismiss Caldwell's original habeas application for want of jurisdiction. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order in all other respects. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.